UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

       Plaintiff,        **ORDER**
   -against-            CV 06-4217 (NGG) (ARL)

ONE WALL STREET, INC., et al.,

       Defendants.
-------------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

  Plaintiff moves <u>ex parte</u> for an order permitting it file under seal an unredacted copy of the redacted exhibits filed in support of its motion for judgment against the defendant Alan Brown. <u>See</u> Dkt. No. 64; <u>see also</u> Graubard Letter, dated June 20, 2007. It appears that the plaintiff seeks to seal the documents identified as "Exhibit 4" simply to "complete the record." The court sees no need for unredacted copies of these documents in this case at this time. Therefore, the application is denied.

Dated: Central Islip, New York        **SO ORDERED:**
    June 25, 2007

                   _____/s/_____
                   ARLENE ROSARIO LINDSAY
                   United States Magistrate Judge