UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,  JUDGMENT
                                     06-CV- 4217 (NGG)
          Plaintiff,

-against-

ONE WALL STREET, INC., ET AL.,

          Defendants,

-against-

LA SHONDA HATTER,

          Relief Defendant.
-----------------------------------------------------------------X

      A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on January 3, 2008, adopting the Report and Recommendation of Magistrate Judge Arlene R. Lindsay, dated December 12, 2007, directing the Clerk of Court to enter judgment awarding disgorgement in the amount of $95,965.00 against Alan Brown; prejudgment interest in the amount of $12,107.18; additional interest calculated at the IRS underpayment rate of 7% from January 2, 2008 through entry of final judgment; and ordering imposition of a civil penalty in the amount of $60,000.00; and further ordering, that all provisions of the Partial Judgment of Permanent Injunction and Other Relief by Consent Against Alan Brown entered on May 22, 2007 shall remain in full force and effect; and further ordering, that the Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of the Final Judgment; and directing that there being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter the judgment forthwith and without further notice; it is

JUDGMENT
06-CV- 4217 (NGG)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Arlene R. Lindsay is adopted; that judgment is hereby entered awarding disgorgement in the amount of $95,965.00 against Alan Brown; prejudgment interest in the amount of $12,107.18; additional interest calculated at the IRS underpayment of 7% from January 2, 2008 in the amount of $184.04 per day through entry of final judgment; and that a civil penalty in the amount of $60,000.00 is imposed; and it is further,

ORDERED and ADJUDGED that all provisions of the Partial Judgment of Permanent Injunction and Other Relief by Consent Against Alan Brown entered on May 22, 2007 shall remain in full force and effect; and it is further,

ORDERED and ADJUDGED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment; and that there being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, judgment is entered forthwith and without further notice.


Dated: Brooklyn, New York
January 14, 2008

/SIGNED/
ROBERT C. HEINEMANN
Clerk of Court