UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,          :

                                    Plaintiff,          :

          - against -          :

ONE WALL STREET, INC., DONTE C. JARVIS,          :          06 Civ. 4217 (NGG/ARL)
ALAN BROWN, WILLIS "BILL" WHITE, III, and
CECIL BAPTISTE, also known as JOHN LATORRI,          :          **REDACTED**

                                    Defendants,          :

          - and -          :

LA SHONDRA HATTER,          :

                                    Relief Defendant.          :

_____          :

## MOTION BY Investor B
## FOR PERMISSION TO FILE LATE CLAIM

      Investor B      , a claimant in the above matter, respectfully moves for permission to

file the attached claim notwithstanding the expiration of the time for filing such claim as set by

the order of this Court, and in support thereof respectfully declares under penalty of perjury

pursuant to 28 U.S.C. § 1746:

      1.      I reside at       , Louisiana 70503.

      2.      I first received notice of the claims process in this matter after the March 5, 2010

deadline for filing claims.

      3.      I promptly notified the Distribution Agent, John J. Graubard, on April 13, 2010,

that I had just received notice of the claims process.

4.      As shown by the completed claim form attached as Exhibit A, I invested $10,000 with One Wall Street, Inc.  I am also attaching copies of my checks payable to One Wall Street, Inc. as Exhibit B.

5.      I have spoken with John J. Graubard, the Distribution Agent, who has no objection to the Court granting this Motion, as shown by his Declaration submitted herewith.

WHEREFORE,                                respectfully requests that the Court grant him permission to file the late claim attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Lafayette, Louisiana on April 23, 2010.

Investor B


Claimant pro se

Lafayette LA 70503