# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                              Plaintiff,

- against -

ONE WALL STREET, INC., ET AL.,

                             Defendants.

06 Civ. 4217 (NGG/ARL)

**PROOF OF CLAIM FORM**

**This Proof of Claim Form Is Submitted Subject to Allowance by the Court As a Late Claim**

Investor B

Lafayette LA 70503

☐ corrected information below

**Amount of Claim: $10,000**     $ _____

☐ A. The above information is correct – complete the information below and sign and date on the back side.

☐ B. The above information is not correct – correct the information above and check the box, complete the information below, fill in the table on the back, provide all documentation supporting your claim, and sign and date on the back side.

**Please complete the following:**
Social Security Number _____     or     Taxpayer Identification Number

Telephone (Day) _____

Telephone (Evening) _____

E-mail Address _____

**YOU MUST COMPLETE, SIGN, AND SUBMIT THIS FORM BY THE ABOVE DEADLINE IN ORDER TO RECEIVE ANY SETTLEMENT BENEFITS.**