# EXHIBIT B



Branch 0  Serial 0  TR 065400137  Account:
TranCode 6126  Amount 10000.00  Sequence 29794665  DbCr D
InstID 3  Date 02-01-2006

