UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                           Plaintiff,

   - against -

ONE WALL STREET, INC., DONTE C. JARVIS,
ALAN BROWN, WILLIS "BILL" WHITE, III, and
CECIL BAPTISTE, also known as JOHN LATORRI,

                           Defendants,

   - and -

LA SHONDRA HATTER,

                       Relief Defendant.

**REDACTED**

06 Civ. 4217 (NGG/ARL)

### DECLARATION OF JOHN J. GRAUBARD
### SUBMITTED WITH RESPECT TO
### MOTION BY Investor B
### FOR PERMISSION TO FILE LATE CLAIM

    JOHN J. GRAUBARD declares under penalty of perjury pursuant to 28 U.S.C. § 1746:

    1.    I am the Distribution Agent appointed by the Court in the above matter.

    2.    My records show that I mailed the claims notice and other documents to Investor B at the address of                      Lafayette, Louisiana 70503. This is the address shown by the records of the Securities and Exchange Commission and the records of One Wall Street, Inc.

    3.    Neither this mailing, nor any other mailing sent to that address, was ever retuned as undeliverable by the United States Postal Service. Had such a mailing been so returned, I would have made further inquiry as to the current residence or other location of Investor B

4.     Until contacted by Investor B on April 13, 2010, I had no knowledge that he had not received the claims notice.

5.     The amount claimed by Investor B, $10,000, is the same amount shown by the records of the Commission and of One Wall Street, Inc.

6.     Neither I, as Distribution Agent, nor the Commission object to the Court's granting Investor B permission to file a late claim. No distribution has been made, I am still processing claims, and it would, in my opinion, be fair, just, and equitable to allow the filing of this late claim.

I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, New York on April 15, 2010.

                                          /s/
                                    JOHN J. GRAUBARD
                                    Securities and Exchange Commission
                                    3 World Financial Center, Room 400
                                    New York, New York 10281-1022
                                    Tel.:       212-336-0084
                                    E-Mail:   graubardj@sec.gov