UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

         Plaintiff,

 - against -

ONE WALL STREET, INC., DONTE C. JARVIS,   06 Civ. 4127 (NGG/ARL)
ALAN BROWN, WILLIS "BILL" WHITE, III, and
CECIL BAPTISTE, also known as JOHN LATORRI,

         Defendants,

 - and -

LA SHONDRA HATTER,

        Relief Defendant.

## [PROPOSED] ORDER GRANTING PERMISSION TO FILE A LATE CLAIM TO INVESTOR B

Upon the Motion by Investor B for Permission to File a Late Claim, the Exhibits annexed thereto, and the Declaration of John J. Graubard submitted therewith, and it appearing that there is good cause to grant such motion, it is hereby

ORDERED, that such motion is granted and that Investor B is granted permission to file a late claim.

Dated:  Central Islip, New York
    May ____, 2010

                _____
                UNITED STATES MAGISTRATE JUDGE